UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABRAHAM I. JURAVEL,

              Plaintiff,

-against-

SAMUEL HAROLD SIGAL, MD,

              Defendant.

1:23-CV-10550 (LTS)

ORDER DENYING IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

Leave to proceed in this court without prepayment of fees as to *pro se* Plaintiff Abraham I. Juravel is denied because he has sufficient assets to pay the fees.[1] *See* 28 U.S.C. § 1915(a)(1). Plaintiff Abraham I. Juravel is directed to pay $405.00 in fees – a $350.00 filing fee and a $55.00 administrative fee – within 30 days of the date of this order. If Plaintiff Abraham I. Juravel fails to comply with this order within the time allowed, the action will be dismissed.

SO ORDERED.

Dated:   December 8, 2023
           New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge

---

[1] While Rochelle L. Juravel is also listed as a plaintiff in the complaint, and she has filed an *in forma pauperis* ("IFP") application separate from Plaintiff Abraham I. Juravel's, she has neither signed the complaint nor her IFP application, both of which a *pro se* plaintiff is required to sign. *See* Fed. R. Civ. P. 11(a). Because of that, and because the complaint principally asserts injuries only as to Plaintiff Abraham I. Juravel, the Court regards him as the sole plaintiff in this action, and thus, the only plaintiff who is requesting to proceed IFP.