**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
ABRAHAM I. JURAVEL; ROCHELLE L. JURAVEL,

                Plaintiff,                      23 **CIVIL** 10550 (LJL)

      -v-                                **<u>JUDGMENT</u>**

SAMUEL HAROLD SIGAL, MD,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 21, 2024, Plaintiffs have not filed an amended complaint. For the reasons stated in the Court's Order on January 19, 2024, Judgment is entered dismissing this action. Accordingly the case is closed.

**Dated:**  New York, New York

      February 22, 2024

                                                          **RUBY J. KRAJICK
                                                          Clerk of Court**

                                 **BY:**      _____
                                                            **Deputy Clerk**